170 So. 914

## AMERICAN LIFE INS. CO. OF ALABAMA v. FIRESTONE TIRE & RUBBER CO.

6 Div. 45.

Court of Appeals of Alabama.
Oct. 27, 1936.

Hugh A. Locke, of Birmingham, for appellant.

Robt. E. Smith, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

174 So. 897

## Elmore ANDREWS, alias Andress, v. STATE.

1 Div. 281.

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Affirmed.

167 So. 916

## Wade ANDREWS v. STATE.

4 Div. 249.

Court of Appeals of Alabama.
April 7, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 913

## Lee Grant ARMISTEAD v. STATE.

8 Div. 147.

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 913

## Tommie ARMSTEAD v. STATE.

8 Div. 180.

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 905

## Basil ASHLEY v. STATE.

8 Div. 283.

Court of Appeals of Alabama.
May 26, 1936.

Bradshaw & Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.